Case: 19-00547-DSC13

*Amended*  
341 MEETING AND  
CONFIRMATION HEARING  
BENCH SHEET

KM 4/16/19

341 Hearing: 03/20/2019  
Confirmation Hearing: 04/23/2019

Debtor(s): JONES, ASHLEY J

XXX-CC-4542

Debtor Present at 341 meeting? (✓) Yes ( ) No  
ID Provided? (✓) Yes ( ) No

Attorney: STEPHEN L KLIMJACK LLC

Attorney Present at 341 meeting? (✓) Yes ( ) No

Debtor Employer: DOLLAR GENERAL CORPORATION  
D.O. Sent: D.O. 02/25/2019

Joint Debtor Employer:  
D.O. Sent:

Petition Filed: 02/12/2019  
Proposed Plan Payments: 240.00 MONTHLY  
Latest plan filed: ~~02/12/2019~~ 4/15/19 #22  
Amended plan payment: $240mo

Confirmation Notes: _____

Debtor present? ( ) Yes ( ) No  
Attorney present? ( ) Yes ( ) No  
(✓) Enter Confirmation Order

341 MTG. CONCLUDED  
MAR 20 2019

# of previous Chapter 13 cases in Southern Division _____  
Previous discharges: _____

CONFIRMATION: ( ) RECOMMENDED  
( ) NOT RECOMMENDED  
$ 240 ( ) Weekly ( ) Bi-Weekly  
( ) Semi-Monthly (✓) Monthly  
For 36 months pursuant to the plan.  
Plan payments by (✓) Payroll Deduction ( ) Direct  
( ) 100% plan  
( ) Percentage plan to pay ___ % to nonpriority unsecured claims.  
(✓) Pot plan to pay $ ~~500~~ 400 uns to nonpriority unsecured claims.  
Pot Plan ~~800~~

Attorney fee distribution pursuant to: 400  
Plan (✓) Trustee recommendation ( ) Attorney agreed ( )

Total fee: $ 3,500  
Amount paid prepetition: $ _____  
First installment: $ 440  
Balance to be paid: $ 220 monthly for 4 months  
Then: $ ~~110~~ monthly for ____ months  
Then: $ 80 monthly for ____ months

✓ 341 meeting continued to _____ Reason: _____

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
(✓) Trustee's Objection to Confirmation and Motion to Dismiss is **WD**.
( ) Trustee's Objection to Claim of Exemptions is _____.
(✓) Debtor proposes to pay the Chapter 13 case filing fee through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).
( ) The Plan or Amended Plan sets out nonstandard provisions in Part 9.

SPECIAL PROVISIONS:  
2/12/2019

BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | Speedy Cash AD ASTRA RECOVERY SERVICES INC | U |  | 382.00 |  | 382.00 |  |  |  |
|  | AMSHER COLLECTIONS | U |  | 709.00 |  | 709.00 |  |  |  |
|  | CASCADE CAPITAL, LLC | U |  | 7,634.00 |  | 7,634.00 |  |  |  |
|  | CCB /Chldplce | U |  | 99.00 |  | 99.00 |  |  |  |
|  | AT+T Mobility CREDENCE RESOURCE MANAGEMENT | U |  | 586.00 |  | 586.00 |  |  |  |
|  | CREDIT CENTRAL | U |  | 898.00 |  | 898.00 |  |  |  |
| 1. | FARMERS FURNITURE | S/Y |  | 736.00 / 676.75 |  | 736.00 | 6 | 25 | 8/2019 |
| 2. | FIRST PREMIER BANK | U |  | 363.00 / 363.66 |  | 363.00 |  |  |  |

| Claim | Creditor Name | S/P/U | Adequate Protection Payment | Scheduled/ Claimed | Collateral Value in Plan | Unsecured Debt | Interest Rate | Fixed Monthly Payment | F.M.P Begins / Total Paid |
|---|---|---|---|---|---|---|---|---|---|
|  | Charter<br>IC SYSTEMS | U |  | 611.00 |  | 611.00 |  |  |  |
|  | USA Title<br>MIDWEST RECOVERY SYSTEMS, LLC | U |  | 118.00 |  | 118.00 |  |  |  |
|  | NAVIENT STUDENT LOANS | U |  | 9,900.00 |  | 9,900.00 |  |  |  |
|  | 2010 Chev HHR<br>TITLE MAX | S |  | 1,900.00 | 3,950.00 |  | 6.0000 | 75.00 | 08/2019  X27 |
|  | 2001 Buick Century<br>TITLEBUCKS | S |  | 900.00 | 2,240.00 |  | 6.0000 | 35.00 | 08/2019  X28 |
|  | *****TOTAL***** |  | 0.00 | 24,836.00<br>0.00 | 6,190.00 | 22036 |  | 110.00 | 0.00 |

TINUING CLAIMS

UNLISTED CLAIMS

DEBTS TO BE PAID DIRECT
   NONE

s: