# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
|    **Ashley J. Jones** | ) | |
|    SSN: xxx-xx-4542 | ) | **Case No. 19-00547-DSC** |
| | ) | |
|    **Debtor** | ) | **Chapter 13** |
| | ) | |

## **MOTION TO APPROVE COMPROMISE**

COMES NOW, W. Alan Duke, Jr., Special Counsel for the Debtor, Ashley J. Jones, and respectfully moves this Court to approve the compromise and settlement of Debtor's personal injury claim as set forth below. As grounds for said motion the movant says the following:

1. On February 12, 2019, Debtor filed Voluntary Petition under Chapter 13 of Title 11 of the United States Code, more specifically identified by case number 19-00547-DSC.

2. Debtor was injured in a motor vehicle accident on February 1, 2018, and subsequently filed a lawsuit (Case. No. CV-2018-902809) against the other driver, Natalia Arrington.

4. Debtor incurred approximately $ 81,682.44 in medical expenses related to treatment for a broken arm. These medical expenses were paid by the Dollar

1

General Corporation Health Benefits Plan pursuant to their reimbursement rates.

5. Debtor's primary health insurance, the Dollar General Corporation Health Benefits Plan, has agreed to reduce its subrogation lien to the amount of $3,000.00.

6. Based upon the facts set out as above, the costs of litigation, the damages, the likelihood of prevailing, and the inherent risk involved in any litigation, the parties have agreed to the following compromise:

    A. State Farm Mutual Insurance Company ("State Farm"), on behalf of Natalia Arrington, shall pay a one-time payment of $15,000.00.

    B. In consideration of the above-referenced payment, Debtor shall release all claims against Natalia Arrington.

8. Debtor proposes to disburse the settlement proceeds of $15,000.00 as follows:

    a. Chapter 13 Trustee, for application to the Chapter 13 plan:    $ 1,772.75

    b. Belt & Bruner, P.C. Expenses[1]:    $ 2,437.84

    c. Benefit Recovery,
       o/b/o the Dollar General Corp. Health Benefits Plan    $ 3,000.00

    d. Remainder directly to Debtor    $ 7,789.41

---

[1] The undersigned is contemporaneously filing a separate Application for Attorney Fees and Expenses, but is only seeking reimbursement of expenses and is waiving compensation of attorney fees.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Honorable Court enter an Order granting this Motion to Approve Compromise and Settlement.

Dated this the 7th day of July, 2021.

/s/ W. Alan Duke, Jr.
W. ALAN DUKE, JR.
Special Counsel for the Debtor

OF COUNSEL:
Belt & Bruner, P.C.
880 Montclair Road
Suite 300
Birmingham, AL 35213

## Certificate of Service

I hereby certify that, on this the 7th day of July 2021, I served a true and correct copy of the foregoing documents as follows:

By CM/ECF:   Bankruptcy Counsel
             Chapter 13 Standing Trusteee
             Bankruptcy Administrator
             All Other Parties of Record

/s/ W. Alan Duke, Jr.
W. ALAN DUKE, JR.
Special Counsel for the Debtor