# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** <br> Ashley J Jones <br> **SSN:** xxx–xx–4542 <br><br> **Debtor(s)** | **Case No.** 19–00547–DSC13 <br> **Chapter** 13 |

## NOTICE OF TELEPHONIC HEARING

Notice is hereby given that a telephonic hearing will be held in the above–referenced case on Tuesday, August 17, 2021 at 09:30 AM to consider and act upon the following:

31 – Motion to Approve Compromise and/or Settlement between Debtor and State Farm Insurance Filed by W. Alan Duke, Jr., Special Counsel for Debtor

32– Application for Final Compensation in the amount of $0.00 and Reimbursement of Expenses in the amount of $$2,437.84 Filed by W. Alan Duke, Jr., Special Counsel for Debtor

The original applications are available for viewing in the Office of the Clerk during regular business hours.

Objections may be made by filing the original with the Court no later than August 10, 2021 and a copy served on W. Alan Duke, Jr., Belt & Bruner, P.C., 880 Montclair Road, Suite 300, Birmingham, AL 35213. Any such objections filed will be heard August 17, 2021.

The hearing will be held via an AT&T call–in number. The dial–in number is **1–877–336–1280**. When prompted, enter the access code **7962430#**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated: July 8, 2021

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

pbg